

FILED

MAR 17 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7
                        SEALED
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           CASE NO. 1:22ized CR 00081-JLT-SKO
12                Plaintiff,           MOTION AND PROPOSED ORDER TO
                                       SEAL INDICTMENT
13        v.
14 XAVIER ANTHONY RINCON
   A/K/A JAVIER ANTHONY RINCON,
15
                  Defendant.
16
17
18        The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal
19 Procedure, to order and direct that the Indictment returned by the Grand Jury on March 17, 2022,
20 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of
21 Firearm;18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 21 U.S.C. §§ 841(A)(1),
22 841(B)(1)(B) – Possession With Intent To Distribute A Controlled Substance; 21 U.S.C. §§ 841(a)(1) &
23 841(b)(1)(A) – Possession with Intent to Distribute a Controlled Substance (Two Counts); 21 U.S.C. §
24 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the
25 defendant named in this Indictment is either in custody or has been given bail on these offenses; and
26 further order that until such time as the defendant is in custody or has been given bail,
27 ///
28 ///

Motion to Seal Indictment                     1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: March 17, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  /s/ Jessica A. Massey
JESSICA A. MASSEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 17, 2022

STANLEY A. BOONE
U.S. Magistrate Judge