1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            CASE NO. 1:22-CR-00081-JLT-SKO

10                 Plaintiff,

11         v.                            ORDER UNSEALING INDICTMENT

12 XAVIER ANTHONY RINCON
   a/k/a JAVIER ANTHONY RINCON,
13
                   Defendant.
14

15

16      The United States having applied to this Court for an indictment and arrest warrant in the above-

17 captioned proceedings and having applied for the indictment and warrant to remain under seal in order

18 to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant

19 now having been executed and the need for sealing has ceased;

20      IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be

21 unsealed.

22

23 Dated:  **Nov 1, 2022**                    _____
                                              Hon. Stanley A. Boone
24                                            U.S. Magistrate Judge

25

26

27

28

Order Unsealing Indictment and Arrest                1
Warrant