PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00081-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| XAVIER ANTHONY RINCON A/K/A JAVIER ANTHONY RINCON, | CURRENT DATE: March 15, 2023 TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |
| DEFENDANT. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 15, 2023.

2. By this stipulation, defendant now moves to continue the status conference until May 3, 2023, and to exclude time between March 15, 2023, and May 3, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendant ultimately does not enter a guilty plea and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a) The government asserts the discovery has been provided to counsel. The government is aware of its ongoing discovery obligation.

    b) The parties are in ongoing plea negotiations.

    c) Counsel for defendant desires additional time to consult with their client, to

review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their client, to prepare pretrial motions, and to otherwise prepare for trial.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023 to May 3, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: : March 8, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ JESSICA A. MASSEY
                                                 JESSICA A. MASSEY
                                                 Assistant United States Attorney

Dated: March 8, 2023                            /s/ JEFFREY T. HAMMERSCHMIDT
                                                 JEFFREY T. HAMMERSCHMIDT
                                                 Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: 3/9/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge