Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, XAVIER RINCON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAVIER RINCON,<br><br>　　　　　Defendant. | No.  1:22-cr-00081-JLT-SKO-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF JEFFREY T. HAMMERSCHMIDT AS ATTORNEY OF RECORD AND ORDER** |

　　　　On March 17, 2022, Defendant Xavier Rincon was indicted on federal charges.  CJA Panel Attorney Jeffrey T. Hammerschmidt was appointed as trial counsel to represent Mr. Rincon on November 9, 2022, in his criminal case.  Mr. Rincon was sentenced pursuant to a plea agreement on March 4, 2024.  The time for filing a direct appeal was March 22, 2024.  No direct appeal was filed.  Mr. Rincon was in custody at sentencing. The trial phase of Mr. Rincon's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Rincon, CJA attorney Jeffrey T. Hammerschmidt now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Mr. Rincon require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 4, 2024                           Respectfully submitted,


                                  /s/ Jeff Hammerschmidt
                                  Jeffrey T. Hammerschmidt
                                  Attorney for Defendant,
                                  Xavier Rincon

**ORDER**

Having reviewed the notice and found that attorney Jeffrey T. Hammerschmidt has completed the services for which he was appointed, the Court hereby grants attorney Jeffrey T. Hammerschmidt's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Xavier Rincon at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M St.
Fresno, CA 93721
Fresno County JID: 1019824
Booking No. 2229531

**IT IS SO ORDERED.**


Dated: April 9, 2024                           UNITED STATES DISTRICT JUDGE